# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Keahi | 18559 | 11/12/97 | Reversed |
| Aetna Cas. & Sur. Co. v. Island Ins. Co. Ltd. | 19442 | 11/26/97 | Vacated and Remanded |
| Imade v. Ma | 16298 | 11/28/97 | Vacated and Remanded |
| State v. Sandoval | 19912 | 11/28/97 | Vacated and Remanded |
| State v. Bui | 20488 | 12/9/97 | Affirmed in part, Vacated and Remanded in part |
| State v. Ortiz | 20498 | 1/26/98 | Vacated and Remanded |
| Brown v. Brown | 20086 | 2/2/98 | Vacated and Remanded |
| Kauai Ins. Agency v. Duarte | 19872 | 2/5/98 | Vacated and Remanded |
| State v. Imanil | 20707 | 2/11/98 | Vacated and Remanded |
| Dela Cuesta v. Hawaiian Ins. Group | 20686 | 2/19/98 | Affirmed in part, Vacated and Remanded |
| State v. Yamamoto | 20665 | 2/19/98 | Vacated and Remanded |
| State v. Ghazi | 20190 | 2/19/98 | Vacated and Remanded |
| State v. Adams | 18493 | 2/19/98 | Reversed |
| Wilks v. Tiner | 20138 | 2/20/98 | Vacated and Remanded |

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| City Exp., Inc. v. Express Partners; Express Partners v. Architects 2, Inc.; Architects 2, Inc. v. Enomoto | 17351 | 3/10/98 | Granted |
| Criss v. Kunisada | 19361 | 3/17/98 | Denied |
| M & W, Inc. v. Pacific Guardian Life Ins. Co., Ltd. | 19276 | 3/10/98 | Granted |
| Wilson v. Aig Hawaii Ins. Co., Inc. | 20349 | 11/20/98 | Granted |

— P.2d ——